IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LOUISE RHODES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00957-O-BP |
| | § | |
| STATE OF TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion Requesting Cancellation (ECF No. 6), which the Magistrate Judge correctly construed Plaintiff's Motion to voluntarily dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), is **GRANTED**, and the Clerk of Court is directed to close this case.

**SO ORDERED** on this **16th day** of **September, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE